# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1248

_____

Jason W. Klein,                                    *
                                                   *
                Appellant,                         *
                                                   *    Appeal from the United States
        v.                                         *    District Court for the
                                                   *    District of Nebraska.
The Goodyear Tire & Rubber                         *
Company, an Ohio Corporation,                      *    [UNPUBLISHED]
                                                   *
                Appellee.                          *

_____

Submitted: February 18, 2009
Filed: February 24, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

    Jason Klein appeals the district court's[1] adverse grant of summary judgment in his wrongful-termination action. After reviewing the record de novo, see Roemmich v. Eagle Eye Dev., LLC, 526 F.3d 343, 348 (8th Cir. 2008) (de novo review of district court's interpretation of state law); Trinity Products, Inc. v. Burgess Steel, L.L.C., 486 F.3d 325, 330 (8th Cir. 2007) (de novo review of district court's grant of summary judgment), we conclude that summary judgment was proper for the reasons stated by

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

the district court.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____